1   ALBERT E. PEACOCK III, CASB No. 134094
2   apeacock@peacockpiper.com
    GLEN R. PIPER, CASB No. 204023
3   gpiper@peacockpiper.com
4   CHRISTOPHER A. TRIBOLET, CASB No. 246192
    ctribolet@peacockpiper.com
5   JULIETTE BOWEN MCCULLOUGH, CASB No. 278929
6   jmccullough@peacockpiper.com
    **PEACOCK PIPER TONG + VOSS LLP**
7   100 W. Broadway, Suite 610
8   Long Beach, CA  90802
    Telephone: (562) 320-8880
9   Facsimile: (562) 735-3950

10
    Attorneys for Defendant,
11  PASHA HAWAII HOLDINGS, LLC

12

13                  **UNITED STATES DISTRICT COURT**

14
15       **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

16  ABDULATAEF ALI,                    )  **Case No.** 4:20-cv-08122-HSG
17                        Plaintiff,   )
                                       )  ***Action Filed:*** *November 18, 2020*
18       vs.                           )
19                                     )  **STIPULATION AND ORDER ON**
    PASHA HAWAII HOLDINGS, LLC         )  **EXPERT DISCOVERY IN**
20                                     )  **RESPONSE TO THE COURT'S**
                                       )  **MINUTE ORDER**
21                        Defendants.  )  **[ECF 56]**
22                                     )
                                       )  *ASSIGNED FOR ALL PURPOSES TO:*
23                                     )  *The Honorable Haywood S Gilliam, Jr. –*
24                                     )  *Courtroom*
25

26       Pursuant to the Court's Minute Order of December 10, 2021 [ECF 56], Attorney

27  Gary Wm. Baun on behalf of Plaintiff and Attorneys Albert E. Peacock III and Juliette

28  B. McCullough met and conferred by telephone and by e-mail on multiple occasions to

                                    **- 1 -**

address the Court's request.  Based on the parties' discussions, they hereby stipulate and agree to the following expert discovery schedule and deadlines:

1. January 14, 2022 – Deadline for each Party to designate rebuttal experts in response to the other Parties' original expert designation (without reports);

2. February 14, 2022 – Deadline for Defendants to produce expert reports for all retained defense experts;

3. February 28 – Deadline for both Parties to produce expert reports from retained rebuttal experts (if any);

4. March 25, 2022 – Deadline to complete all expert depositions (Plaintiff's and Defendant's).

It is further stipulated and agreed that Plaintiff's experts will not be deposed until after Plaintiff receives the expert report from Defendant's corresponding expert (e.g. liability, medical, economic) so that the Plaintiff's experts can be deposed on both their original opinions and their response to Defendant's expert reports in a single deposition.

The Parties stipulate and agree that all other pretrial deadlines shall conform to the Court's Civil Pretrial and Trial Standing Order dated February 21, 2019 based on the new Pretrial Conference date of May 10, 2022 and the new Trial date of May 23, 2022.

DATED:  December 16, 2021          /S/   Gary Wm. Baun
                                   GARY WM. BAUN
                                   **O'BRYAN BAUN KARAMANIAN**
                                   Attorneys for Plaintiff,
                                   ABDULATAEF ALI

**JOINT REPORT OF THE PARTIES IN RESPONSE TO THE COURT'S MINUTE ORDER (ECF 56)**

DATED:  December 16, 2021

ALBERT E. PEACOCK, III
GLEN R. PIPER, CASB
CHRISTOPHER A. TRIBOLET
JULIETTE BOWEN MCCULLOUGH
**PEACOCK PIPER TONG + VOSS, LLP**
Attorneys for Defendant,
PASHA HAWAII HOLDINGS, LLC

## **ORDER**

The Parties Stipulation and Proposed Order regarding expert disclosures and expert discovery deadlines is hereby approved.  The expert disclosure and discovery deadlines set forth above are approved and so ordered.  All other pretrial deadlines shall conform to the Court's Civil Pretrial and Trial Standing Order dated February 21, 2019 based on the new Pretrial Conference date of May 10, 2022 and the new Trial date of May 23, 2022.

DATED:  12/20/2021

The Honorable Haywood S Gilliam, Jr.

**JOINT REPORT OF THE PARTIES IN RESPONSE TO THE COURT'S MINUTE ORDER (ECF 56)**