Gary Wm. Baun (P28758)
Attorney for Plaintiff
O'Bryan Baun Karamanian
401 S. Old Woodward Ave., Ste. 463
Birmingham, MI 48009
248.258.6262
gbaun@obryanlaw.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ABDULATAEF ALI,

    Plaintiff,

v.

PASHA HAWAII HOLDINGS, LLC

    Defendant.
_____/

Case No.:   20-cv-8122-HSG
Action filed: November 18, 2020

**STIPULATION FOR ORDER GRANTING PLAINTIFF LEAVE TO WITHDRAW JURY DEMAND & ORDER**

Now come the parties, by and through their respective counsel undersigned, and hereby stipulate to entry of Order granting Plaintiff leave to withdraw his demand for trial by jury and designate this action as a claim for relief within the Court's Admiralty and Maritime jurisdiction pursuant to F.R.C.P 9(h), 15(a)(2), and Local Rule 7-12.

    Respectfully submitted,

    */s/ Gary Wm. Baun*
    Gary Wm. Baun
    Attorney for Attorney

    And

    */s/ Albert Peacock w/permission*
    Albert Peacock
    Attorney for Defendant

STIPULATION FOR ORDER - 1

**ORDER**

The above Stipulation for Order Granting Plaintiff Leave to withdraw his demand for jury trial and designate this action as a claim for relief within the Court's Admiralty and Maritime jurisdiction is granted.

IT IS SO ORDERED.

Dated:  3/23/2022

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE

STIPULATION FOR ORDER - 2