Gary Wm. Baun (P28758)
Dennis M. O'Bryan (P30545)
Attorneys for Plaintiff
O'Bryan Baun Karamanian
401 S. Old Woodward Ave., Ste. 463
Birmingham, MI 48009
248.258.6262
dob@obryanlaw.net
gbaun@obryanlaw.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ABDULATAEF ALI,

    Plaintiff,

v.

PASHA HAWAII HOLDINGS, LLC

    Defendant.
_____/

Case No.:   20-cv-8122-HSG
Action filed: November 18, 2020

**ORDER (as modified)**

It is hereby ordered that Plaintiff's Motion for Leave to File a Trial Brief is GRANTED. Counsel is directed to e-file the trial brief on the docket forthwith.

IT IS SO ORDERED.

Dated:  5/4/2022

_____
UNITED STATES DISTRICT JUDGE

ORDER - 1