Gary Wm. Baun (P28758)
Dennis M. O'Bryan (P30545)
Attorney for Plaintiff
O'Bryan Baun Karamanian
401 S. Old Woodward Ave., Ste. 463
Birmingham, MI 48009
248.258.6262
gbaun@obryanlaw.net
dob@obryanlaw.net

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ABDULATAEF ALI,

    Plaintiff,

v.

PASHA HAWAII HOLDINGS, LLC

    Defendant.
_____/

Case No.:   20-cv-8122-HSG
Action filed: November 18, 2020
Trial Date: August 15, 2022

**STIPULATION FOR USE OF ELECTRONIC DEVICES DURING TRIAL & ORDER]**

    Now come the parties, by and through counsel undersigned and hereby stipulate to allow Plaintiff's counsel to bring into court and utilize an IPEVO VZ-X Wireless, HDMI & USB Document Camera, two iPads, two iPhones, two notebook computers, and necessary peripherals at the trial of this matter.

    In addition, the parties, by and through counsel, stipulate to allow Defendant's counsel to bring into court an exemplary 6' ladder, air motor, air hoses, hose clamps, screwdriver and roll of Denso tape without prejudice to Plaintiff's right to object to the use or admissibility of these items at trial.

                        Respectfully submitted,

                        */s/ Gary Wm. Baun*_____
                        Gary Wm. Baun
                        Attorney for Plaintiff

STIPULATION & ORDER - 1

>  */s/ Dennis M. O'Bryan*
> Attorney for Plaintiff
>
> */s/ Albert Peacock w/permission*
> Albert Peacock
> Attorney for Defendant

## ORDER

The above Stipulation for order granting Plaintiff's counsel authorization to bring into court and utilize additional courtroom technology including an IPEVO VZ-X Wireless, HDMI & USB Document Camera, two iPads, two iPhones, two notebook computers, and necessary peripherals is granted.

In addition, the Stipulation for order allowing Defendant's counsel to bring into court an exemplary 6' ladder, air motor, air hoses, hose clamps, screwdriver and roll of Denso tape without prejudice to Plaintiff's right to object to the use or admissibility of these items at trial is also granted.

IT IS SO ORDERED.

DATED: 8/9/2022

Haywood S. Gill, Jr.
United States District Judge

STIPULATION & ORDER - 2