ALBERT E. PEACOCK III, CASB No. 134094
apeacock@peacockpiper.com
GLEN R. PIPER, CASB No. 204023
gpiper@peacockpiper.com
CHRISTOPHER A. TRIBOLET, CASB No. 246192
ctribolet@peacockpiper.com
JULIETTE BOWEN MCCULLOUGH, CASB No. 278929
jmccullough@peacockpiper.com
**PEACOCK PIPER TONG + VOSS LLP**
100 W. Broadway, Suite 610
Long Beach, CA  90802
Telephone: (562) 320-8880
Facsimile: (562) 735-3950

Attorneys for Defendant,
PASHA HAWAII HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| ABDULATAEF ALI,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PASHA HAWAII HOLDINGS, LLC,<br><br>　　　　　Defendants. | Case No. 4:20-cv-08122-HSG<br><br>*Action Filed:* November 18, 2020<br><br>**STIPULATION AND ORDER RE NEW TRIAL DATE**<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>*Haywood S Gilliam, Jr, presiding*<br>*Kandis A. Westmore, referral*<br><br>**Trial: 8/15/22** |

  On August 15, 2022, a Further Case Management Conference was held telephonically.  [ECF 95]. Following the Conference, attorney Gary Baun, representing Plaintiff Abdulataef Ali, and attorneys Albert E. Peacock III and Juliette B. McCullough, representing Defendant Pasha Hawaii Holdings. met and conferred to

- 1 -
**STIPULATION AND ORDER RE NEW TRIAL DATE**

identify available trial dates as requested. As a result of their meet and confer efforts, the Parties have identified the following available dates:

- December 12, 13, 14 & 15, 2022;
- January 23, 24, 25, 26, 27, 30 & 31, 2023; and,
- February 1, 2, 3, 6, 7, 8, 9 & 10, 2023.

DATED:  August 15, 2022    /S/ *Gary WM. Baun*
GARY WM. BAUN
**O'BRYAN BAUN KARAMANIAN**
Attorneys for Plaintiff, ABDULATAEF ALI


DATED:  August 15, 2022    /S/ *Juliette B. McCullough*
JULIETTE B. MCCULLOUGH
**PEACOCK PIPER TONG + VOSS LLP**
Defendant, PASHA HAWAII HOLDINGS, LLC


   I hereby attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of same.

DATED:  August 15, 2022    /s/ *Juliette B. McCullough*
JULIETTE B. MCCULLOUGH
**PEACOCK PIPER TONG + VOSS LLP**
Defendant, PASHA HAWAII HOLDINGS, LLC

**STIPULATION AND ORDER RE NEW TRIAL DATE**

## ORDER

The Court hereby sets a new trial date in this matter for December 12, 2022 at 9:00 a.m. The trial hours are as follows: December 12th-9:00 a.m. to 5:00 p.m. w/two breaks and a lunch and December 13th and 14th-8:30 a.m. to 1:30 p.m. w/ two breaks.

**IT IS SO ORDERED**

DATED: 8/16/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge