UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULATAEF ALI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PASHA HAWAII HOLDINGS, LLC,<br><br>　　　　　Defendant. | Case No. 20-cv-08122-HSG<br><br>**ORDER DENYING STIPULATION TO CONTINUE TRIAL**<br><br>Re: Dkt. No. 106 |

Before the Court is the parties' stipulation to continue the trial date due to the illness of Plaintiff's expert, Steven Wiker. Dkt. No. 106 ("Stipulation"). The Stipulation is **DENIED.** This trial has already been continued once before on short notice, and the parties need to use the time the Court has blocked off in its very full schedule for this matter. The parties must be prepared to proceed at 9:00 a.m. on Monday, December 12, 2022 with the testimony of all other witnesses and the presentation of all other evidence. The Court can then discuss with the parties the timing of Mr. Wiker's testimony, either in person or via Zoom, to take place once he has recovered.

**IT IS SO ORDERED.**

Dated: 12/8/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge