ALBERT E. PEACOCK III, CASB No. 134094
apeacock@peacockpiper.com
GLEN R. PIPER, CASB No. 204023
gpiper@peacockpiper.com
CHRISTOPHER A. TRIBOLET, CASB No. 246192
ctribolet@peacockpiper.com
JULIETTE BOWEN MCCULLOUGH, CASB No. 278929
jmccullough@peacockpiper.com
**PEACOCK PIPER TONG + VOSS LLP**
100 W. Broadway, Suite 610
Long Beach, CA  90802
Telephone: (562) 320-8880
Facsimile: (562) 735-3950

Attorneys for Defendant,
PASHA HAWAII HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| ABDULATAEF ALI,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>PASHA HAWAII HOLDINGS, LLC<br><br>　　　　　　　　Defendants. | Case No. 4:20-cv-08122-HSG<br><br>*<u>Action Filed:</u>* November 18, 2020<br><br>**STIPULATION AND ORDER AS MODIFIED TO RESUME TRIAL ON JANUARY 9, 2023 AND DISPUTE OVER APPEARANCES**<br><br>*ASSIGNED FOR ALL PURPOSES TO:*<br>*Haywood S Gilliam, Jr, presiding*<br>*Kandis A. Westmore, referral*<br><br>**Trial: 12/12/22** |

　　　　Plaintiff, ABDULATAEF ALI ("Plaintiff"), and Defendant, PASHA HAWAII HOLDINGS, LLC ("Defendant"), by and through their respective counsel, met and conferred on Friday, December 16 and again on Monday, December 19 to discuss the

resumption of trial to allow Plaintiff's expert Steven Wiker to testify. While the parties were able to agree that Trial should resume on the morning of Monday, January 9, 2023, they were not able to agree on whether Mr. Wiker and counsel should appear live or via Zoom at that time. For that reason, the Parties submit the following stipulation on the date and their respective positions on whether trial should resume live or via Zoom.

### A.   PLAINTIFF'S POSITION

Pursuant to the mandate of FRCP 1 "Scope and Purpose" that the rules be "construed, administered, and employed by the court and parties to secure the just, speedy, and <u>inexpensive</u> determination of every action proceeding."(emphasis added), Plaintiff Ali requests the court to allow Plaintiff counsel to appear and present the testimony of his liability expert, Steve Wiker via Zoom format to avoid the considerable expense and inconvenience of an additional multi-day day trip from Michigan to California by trial counsel (The flight schedules necessitate a Sunday arrival, and a Monday or Tuesday departure) and a similar trip by Steve Wiker from Seattle to Oakland, requiring a Sunday arrival.

### B.   DEFENDANT'S POSITION

Steve Wiker is Plaintiff's sole liability expert, and his case is predicated on his testimony. In short, Mr. Wiker is a critical witness. For that reason, Defendant believes that he should testify and be cross-examined live in the Courtroom. All other witnesses, expert and lay, have already appeared live in Court, and Mr. Wiker's demeanor and credibility should be assessed by the Court live for a fair comparison. In addition, the time and cost of appearing live is reasonable given the nature of the case and the amount of damages being sought by the Plaintiff. Further, Plaintiff chose this forum and chose to retain an out-of-state expert to testify.

DATED:  December 19, 2022     __/s/ Gary Wm. Baun_____
GARY WM. BAUN
**O'BRYAN BAUN KARAMANIAN**
Attorneys for Plaintiff, ABDULATEAEF ALI

DATED:  December 20, 2022     _____
ALBERT E. PEACOCK III
**PEACOCK PIPER TONG + VOSS LLP**
Defendant, PASHA HAWAII HOLDINGS, LLC

I hereby attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of same.

DATED:  December 19, 2022      /s/ *Albert E. Peacock III*
ALBERT E. PEACOCK III
**PEACOCK PIPER TONG + VOSS LLP**
Defendant, PASHA HAWAII HOLDINGS, LLC

[Order appears on following page]

# ORDER

Having read the Parties' stipulation and positions on live versus Zoom attendance and in light of the circumstances presented, the Court grants the Parties' request and hereby orders that trial is to resume on Monday, January 9, 2023, at 8:30 a.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA. At that time, counsel and Mr. Wiker shall appear and be presented live. In addition, should either party contemplate calling any rebuttal witness, such witness(es) must be available and ready to testify immediately after Mr. Wiker so that the presentation of all evidence can be concluded on that date.

**IT IS SO ORDERED.**

DATED: 12/20/2022

*Haywood S. Gilliam Jr.*
Honorable Judge Haywood S Gilliam, Jr.